AO 450 (Rev. 5/85) Judgment in a Civil Case  ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

DEMETRI ALEXANDER,

    Plaintiff,

v.

NDOC, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **2:15-cv-02246-MMD-GWF**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to pay the $400.00 filing fee in compliance with the Court's April 7, 2016 order.

May 17, 2016                                              **LANCE S. WILSON**
                                                                  Clerk

                                                                  /s/ K. Rusin
                                                                  Deputy Clerk